**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

DARWIN DIAZ TURCIOS,                          )
                                              )
                    Petitioner,               )    Case No. 3:25-CV-0083-SLH
                                              )
        vs.                                   )    STEPHANIE L. HAINES
                                              )    UNITED STATES DISTRICT JUDGE
LEONARD ODDO, *in his official capacity*      )
*as Warden of Moshannon Valley Processing*    )
*Center, et al.*,                             )
                                              )
                    Respondents.              )

## ORDER

Petitioner Darwin Diaz Turcios, an El Salvadoran national currently housed at the Moshannon Valley Processing Center, has filed a petition for a writ of habeas corpus seeking his release from immigration custody. (*See* ECF No. 1). Presently before the Court is Petitioner's Emergency Application for a Temporary Restraining Order (the "Motion"). (ECF No. 15). Petitioner alleges that on June 24, 2025, Respondents presented him with a document indicating that he is to be removed to Mexico imminently. (*Id.* at 1). With his Motion, Petitioner alleges that Respondents have failed to provide him with sufficient notice and an opportunity to be heard regarding his removal and, specifically, that they have denied his request for a "fear-based screening" prior to removal. (*Id.* at 1–2). Petitioner argues that these actions violate his due process rights. (*Id.* at 2); *see W.J.C.C. v. Trump*, No. 3:25-CV-00153-SLH, 2025 WL 1703682, at *5 (W.D. Pa. June 18, 2025) ("The Fifth Amendment entitles aliens to due process of law in the context of removal proceedings." (quoting *A.A.R.P. v. Trump*, 145 S. Ct. 1364, 1367–68 (2025))).

To preserve the status quo and to prevent irreparable harm to Petitioner just so long as is necessary to develop a fuller record and to hold a hearing on Petitioner's petition, the motion is **GRANTED**. *See, e.g.*, *A.S.R. v. Trump*, No. 3:25-CV-00113-SLH, 2025 WL 1122485, at *1

(W.D. Pa. Apr. 15, 2025) (citing *Hope v. Warden York Cnty. Prison*, 956 F.3d 156, 160 (3d Cir. 2020)).  In order to preserve this Court's potential jurisdiction in this matter, **IT IS ORDERED** that Respondents are temporarily enjoined, pending further order of this Court, from either removing Petitioner from the United States, or from transferring Petitioner from the Western District of Pennsylvania. *See* 28 U.S.C. § 1651.  This Court finds that Petitioner has demonstrated irreparable harm will result if he is transferred from this district or removed from the United States prior to a response and hearing.

      **IT FURTHER IS ORDERED** that a remote hearing, via Zoom, regarding Petitioner's Motion is scheduled for Tuesday, July 1, 2025, at 11:30 AM, before United States District Judge Stephanie L. Haines; and,

      **IT FURTHER IS ORDERED** that this Order shall expire upon this Court's resolution of Petitioners' Motion.

      DATED this 26th day of June, 2025.


                  BY THE COURT:


                  STEPHANIE L. HAINES
                  UNITED STATES DISTRICT JUDGE