IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARWIN DIAZ TURCIOS, <br><br> Petitioner, <br><br> v. <br><br> LEONARD ODDO, *In his official capacity as Warden of Moshannon Valley Processing Center, et al.*, <br><br> Respondents. | Civil No. 3:25-cv-0083 <br> Judge Stephanie L. Haines |

**MEMORANUDM ORDER**

On July 10, 2025, the Court denied Petitioner's Emergency Motion for a Temporary Restraining Order. (ECF No. 29). In doing so, the Court required the parties to submit "to the Court their positions regarding how this case should progress on or before" Monday, July 14, 2025. (*Id.*).

On July 14, 2025, counsel for Respondents sent an email to the Court indicating that they believe "further briefing on [the issue of a T.R.O.] should be held in abeyance based upon undersigned counsel's understanding that Petitioner has filed a motion to reopen with the Immigration Court."

For his part, on July 14, 2025, counsel for Petitioner provided certain additional factual background regarding the Motion to Reopen he has filed in Immigration Court. He also stated that he "currently does not intend to take any additional action on the issue of his removal to Mexico before this Court while his Motion to Reopen is pending before the Immigration Judge. However, [he] reserves the right to seek additional relief from this Court should the circumstances change."

1

Therefore, because neither party is currently seeking further action from this Court relative to Petitioner's request for a T.R.O., the Court enters the following Order:

## ORDER OF COURT

AND NOW, this 21st day of July, 2025, IT IS ORDERED that no further briefing from the parties regarding Petitioner's request for a T.R.O. is required at this time.

IT IS FURTHER ORDERED that Petitioner's Amended Habeas Petition at ECF No. 6 remains before the Magistrate Judge for consideration in the first instance, to the extent that consideration is not barred by the jurisdictional principles enunciated in the Court's Opinion and Order at ECF Nos. 28 and 29.

/s/ Stephanie L. Haines
Stephanie L. Haines
United States District Judge